# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Plaintiffs,<br><br>v.<br><br>ACER INC.,<br>ACER AMERICA CORPORATION,<br><br>Defendants. | Case No. 4:18-cv-01885-HSG<br>(and related cases)<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***<br><br>(CIVIL L.R. 11-3) |
| MICROSOFT CORPORATION,<br><br>Intervenor-Plaintiff,<br><br>v.<br><br>KONINKLIJKE PHILIPS N.V.,<br>U.S. PHILIPS CORPORATION,<br><br>Intervenor-Defendants. | |

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Intervenor-
        Defendants/Counterclaim
        Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

        Intervenor-
        Plaintiff/Counterclaim
        Defendant in Intervention

AND

MICROSOFT MOBILE INC.

        Counterclaim Defendant in
        Intervention

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

        Plaintiffs,

    v.

ASUSTEK COMPUTER INC.,
ASUS COMPUTER INTERNATIONAL,

        Defendants.

Related Case No. 4:18-cv-01886-HSG

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

MICROSOFT CORPORATION,

              Intervenor-Plaintiff,

     v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

              Intervenor-Defendants.

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

              Intervenor-
              Defendants/Counterclaim
              Plaintiffs in Intervention

     v.

MICROSOFT CORPORATION

              Intervenor-
              Plaintiff/Counterclaim
              Defendant in Intervention

AND

MICROSOFT MOBILE INC.

              Counterclaim Defendant in
              Intervention

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

              Plaintiffs,

     v.

HTC CORP.,
HTC AMERICA, INC.,

              Defendants.

Related Case No. 4:18-cv-01887-HSG

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

           Plaintiffs,

    v.

VISUAL LAND INC.,

           Defendants.

Related Case No. 4:18-cv-01888-HSG

MICROSOFT CORPORATION,

           Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

           Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

           Intervenor-
           Defendants/Counterclaim
           Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

           Intervenor-
           Plaintiff/Counterclaim
           Defendant in Intervention

AND

MICROSOFT MOBILE INC.

           Counterclaim Defendant in
           Intervention

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                          Plaintiffs,

       v.

DOUBLE POWER TECHNOLOGY, INC.,
ZOWEE MARKETING CO., LTD.,
SHENZEN ZOWEE TECHNOLOGY CO.,
LTD.,

                        Defendants.

Related Case No. 4:18-cv-01889-HSG

---

MICROSOFT CORPORATION,

                        Intervenor-Plaintiff,

       v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                        Intervenor-Defendants.

---

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

                        Intervenor-
                        Defendants/Counterclaim
                        Plaintiffs in Intervention

       v.

MICROSOFT CORPORATION

                        Intervenor-
                        Plaintiff/Counterclaim
                        Defendant in Intervention

AND

MICROSOFT MOBILE INC.

                        Counterclaim Defendant in
                        Intervention

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

               Plaintiffs,

    v.

YIFANG USA, INC. D/B/A E-FUN, INC.,

               Defendants.

Related Case No. 4:18-cv-01890-HSG

MICROSOFT CORPORATION,

               Intervenor-Plaintiff,

    v.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

               Intervenor-Defendants.

KONINKLIJKE PHILIPS N.V.,
U.S. PHILIPS CORPORATION,

               Intervenor-
               Defendants/Counterclaim
               Plaintiffs in Intervention

    v.

MICROSOFT CORPORATION

               Intervenor-
               Plaintiff/Counterclaim
               Defendant in Intervention

AND

MICROSOFT MOBILE INC.

               Counterclaim Defendant in
               Intervention

APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NUMBERS 4:18-CV-01885 THROUGH 01890-HSG

I, Jonathan M. Sharret, am an attorney in the law firm Fitzpatrick, Cella, Harper & Scinto, 1290 Avenue of the Americas, New York, New York, 10104-3800, Tel: (212) 218-2100, Fax: (212) 218-2200, email: jsharret@fchs.com.  I am an active member in good standing of the bar of the State of New York, and hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Plaintiffs Koninklijke Philips N.V. and U.S. Philips Corporation in the above-entitled action.

My local co-counsel in this case is Chris Holland of Holland Law LLP, an attorney who is a member of the bar of this Court in good standing (bar number 164053) and who maintains an office within the State of California at 220 Montgomery Street, Suite 800, San Francisco, California, 94104, Tel: (415) 200-4980; Fax: (415) 200-4989; email: CHolland@HollandLawLLP.com. As indicated above, I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia; my State of New York bar number is: 5082276.  Attached is a true and correct copy of a certificate of good standing or equivalent official document from said bar dated no more than one year prior to the date of this application.

I agree to abide by the Standards of Professional Conduct set forth in Civil L.R. 11-4, and to become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 3, 2018                              _____/s/_____
                                                     Jonathan M. Sharret

1

**[PROPOSED] ORDER GRANTING**
**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

2

3          IT IS HEREBY ORDERED THAT the above Application for Admission of Attorney *Pro*

4   *Hac Vice* is GRANTED, subject to the terms and conditions of Civil L.R. 11-3.  Pursuant to Civil

5   L.R. 11-3(e), all papers filed by the attorney must indicate appearance *pro hac vice*, and service of

6   papers upon, and communication with, local co-counsel designated in the application will constitute

7   notice to the party.

8          IT IS SO ORDERED.

9   Dated: ___June 15, 2018_____

10                                                          HON. HAYWOOD S. GILLIAM, JR.
                                                           UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Appellate Division of the Supreme Court
## of the State of New York
### First Judicial Department

---

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JONATHAN MARK SHARRET

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **January 14, 2013**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**April 25, 2018**

2966

_____

Clerk of the Court